UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JR ROWAN, INC.,

    Plaintiff,

v.                                                                    Civ. No. 23-1119 JCH/GJF

CHEVRON U.S.A. INC., and
CHEVRON MIDCONTINENT, L.P.,

    Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART
CHEVRON'S MOTION TO MODIFY DISCOVERY LIMITS**

THIS MATTER is before the Court on Chevron's Motion to Modify Discovery Limits (Dkt. No. 61). On October 28, 2025, the Court held a hearing on this Motion. *See* Dkt. No. 69. For the reasons stated on the record at the hearing, Chevron's Motion to Modify Discovery Limits is **GRANTED IN PART** and **DENIED IN PART WITHOUT PREJUDICE** as follows:

(1) The motion is granted to the extent Defendants are collectively permitted to propound to Plaintiff a total of 50 interrogatories, inclusive of the interrogatories previously propounded;

(2) The motion is denied without prejudice to the extent Defendants seek to propound additional requests for production or requests for admission beyond those permitted by the Court's June 27, 2024 Scheduling Order.

(3) The motion is granted to the extent Plaintiff must serve its responses to Defendants' previously-served Second Set of Discovery Requests not later than **November 12, 2025**.

(4) Plaintiff is permitted to propound a total of 30 interrogatories to Defendants collectively.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE